IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09MC97-FDW-DCK

| | |
|---|---|
| SOUND SECURITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONITROL CORPORATION, et al., <br><br> Defendants. | ORDER GRANTING MOTION <br> FOR ADMISSION *PRO HAC VICE* <br> OF JEFFREY D. GROSSMAN |

This matter is before the Court on the Motion of Jeffrey D. Grossman for admission as counsel *pro hac vice* on behalf of Defendant Sonitrol Corporation.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Grossman shall be admitted to appear before this court pro hac vice on behalf of Defendant Sonitrol Corporation upon payment to the Clerk of the required fee, if not already paid.

Signed: May 28, 2009

David C. Keesler
United States Magistrate Judge