# EXHIBIT B

# EXHIBIT B

## List of exhibits to be sealed

Exhibit 2 - Excerpts of the deposition testimony of Kevin Dowd taken on April 30, 2009, and designated "confidential" by defendants' counsel in underlying lawsuit

Exhibit 3 - Deposition Exhibit 29

Exhibit 4 - Collection of communications between counsel that includes discussion of records that have designated "confidential" in the underlying lawsuit

11650106.1