**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09MC97-FDW-DCK**

**SOUND SECURITY, INC.,**

     **Plaintiff,**

**v.**

**SONITROL CORPORATION, et al.,**

     **Defendants.**

**ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE***
**OF SUSAN L. FORD**

This matter is before the Court on the Motion of Susan L. Ford for admission as counsel *pro hac vice* on behalf of Plaintiff Sound Security, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Ford shall be admitted to appear before this court pro hac vice on behalf of Plaintiff Sound Security, Inc. upon payment to the Clerk of the required fee, if not already paid.

Signed: June 22, 2009

David C. Keesler
United States Magistrate Judge