# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09mc97

| | |
|---|---|
| SOUND SECURITY, INC., a Washington corporation, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) ORDER |
| SONITROL CORPORATION; SONITROL HOLDING CORPORATION; SONITROL HOLDING, LLC; THE STANLEY WORKS; STANLEY SECURITY SOLUTIONS, INC.; SECURITYCO SOLUTIONS, INC.; STANLEY CONVERGENT SECURITY SOLUTIONS, INC.; SONITROL FRANCHISE COMPANY, L.L.C., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the court on the Motion to Quash. Upon inquiry by the court, counsel for the respective parties have informed the court that the issue raised has been amicably resolved and that this matter should be terminated. Respective counsel are commended for their efforts in resolving this issue without further court intervention

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Quash (#1) is DENIED without prejudice as MOOT, and this miscellaneous action is **TERMINATED.**

Signed: July 23, 2009

Dennis L. Howell
United States Magistrate Judge